# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 23, 2025

Lyle W. Cayce
Clerk

No. 25-10392
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Hugo Cesar Granados,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:21-CR-15-1

_____

Before Davis, Wilson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Hugo Cesar Granados, federal prisoner # 43734-509, appeals the district court's decision denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. He argues that the district court erred by both denying him a reduction under U.S.S.G. § 4C1.1 (2023) and failing to explain its rationale for doing so.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10392

However, Granados is not eligible under § 4C1.1 (2023) because he received a U.S.S.G. § 3B1.1(a) enhancement at sentencing. *See* § 4C1.1(a)(10) (2023); *United States v. Morales*, 122 F.4th 590, 597 (5th Cir. 2024) (holding that § 3B1.1 enhancement, alone, disqualifies defendant from receiving § 4C1.1 (2023) reduction). As Granados patently does not qualify for a reduction, the district court did not err by denying him § 3582(c)(2) relief, *see United States v. Calton*, 900 F.3d 706, 710 (5th Cir. 2018), and no further explanation was required. *See Chavez-Meza v. United States*, 585 U.S. 109, 116 (2018); *United States v. Cooley*, 590 F.3d 293, 298 (5th Cir. 2009).

AFFIRMED.